UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                          CASE NO. 09-50007-PCY5
                                                CHAPTER 13
BETTY C. WALTHALL

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
<u>OF UNCLAIMED FUNDS</u>**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: ROOMS TO GO which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 386885 in the amount of 293.40 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                           /s/Leigh D. Hart or
                           /s/William J. Miller, Jr.
                           ─────────────────────────────
                           OFFICE OF THE CHAPTER 13 TRUSTEE
                           POST OFFICE BOX 646
                           TALLAHASSEE, FL 32302
                           ldhecf@earthlink.net
                           (850) 681-2734 "Telephone"
                           (850) 681-3920 "Facsimile"
```

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
BETTY C. WALTHALL              ROOMS TO GO
312 E. EVANS AVENUE            9344 ATLANTIC BLVD
BONIFAY, FL  32425             JACKSONVILLE, FL 32225

AND

QUINN E. BROCK, ESQUIRE
P.O. BOX 311167
ENTERPRISE, AL 36331-1167
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                           /s/Leigh D. Hart or
                           /s/William J. Miller, Jr.
2/26/2010  1:59 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```