UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                    CASE NO. 09-50007-PCY5
                                          CHAPTER 13
BETTY C. WALTHALL

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: ROOMS TO GO which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 394194 in the amount of 33.51 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

<pre>
                         /s/Leigh D. Hart or
                         /s/William J. Miller, Jr.
                         OFFICE OF THE CHAPTER 13 TRUSTEE
                         POST OFFICE BOX 646
                         TALLAHASSEE, FL 32302
                         ldhecf@earthlink.net
                         (850) 681-2734 "Telephone"
                         (850) 681-3920 "Facsimile"
</pre>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

<pre>
BETTY C. WALTHALL              ROOMS TO GO
312 E. EVANS AVENUE            9344 ATLANTIC BLVD
BONIFAY,  FL  32425            JACKSONVILLE, FL 32225

AND

QUINN E. BROCK, ESQUIRE
P.O. BOX 311167
ENTERPRISE, AL 36331-1167
</pre>

on the same date as reflected on the Court's docket as the electronic filing date for this document.

<pre>
                               /s/Leigh D. Hart or
                               /s/William J. Miller, Jr.
6/30/2010 10:18 am / CR_213       OFFICE OF CHAPTER 13 TRUSTEE
</pre>