UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

In re:

Betty C. Walthall            CASE NO. 09-50007
    Debtor.                 CHAPTER: 13
_____/

## ORDER DISAPPROVING APPLICATION FOR PAYMENT OF UN-CLAIMED FUNDS (DOC. 177)

**THIS CASE IS** before the Court on the Application for the Recovery of Unclaimed Funds (the "Application," Doc. 117) filed by Applicant, Dilks & Knopik, LLC, on behalf of Claimant, GE CAPITAL RETAIL BANK, the Court having reviewed the Application, information from the Court's Registry, and being otherwise fully advised, it is

**ORDERED**:

The Application is DISAPPROVED without prejudice for the following reason(s):

1. The Trustee filed *Chapter 13 Trustee's Notice of Payment of Unclaimed Funds* at Docs. 63 – 67, 74, 84 & 92 stating that checks issued to "ROOMS TO GO" remained outstanding and uncleared and submitted the checks to the Registry of this Court.

FILED 2015 DEC 28 P 3:05 CLERK BANKRUPTCY COURT NORTHERN DISTRICT FL.

2. The Application states that it is being filed on behalf of GE CAPITAL RETAIL BANK as Claimant. The "History of Claimant" (Doc. 177, p. 4) states that "Rooms to Go credit cards are serviced by GE Capital Retail Bank, as evidenced by Exhibit A." Exhibit A does not constitute "evidence" sufficient to prove this statement.

3. The other documents attached to the Application show no connection between GE CAPITAL RETAIL BANK and General Electric Company, General Electric Capital Corporation or their subsidiaries. The "Statement of Authority" attached to the Application (doc. 177, p.8) is signed by an officer of General Electric Company, but makes no mention of the Claimant as a subsidiary or otherwise.

**DONE and ORDERED on** December 28, 2015

_____
KAREN K. SPECIE
U.S. Bankruptcy Judge

Copies to:

All parties in interest